IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| ALICE TONIAN | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO:   LA-14-27024-RN |

### Notice of Change of Address

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g)(1), creditor American Express Bank, FSB, by and through its agent, Becket & Lee LLP, hereby requests notices in this matter required to be mailed under Rule 2002, be addressed as follows:

    American Express Bank, FSB
    **c/o Becket and Lee LLP**
    **POB 3001**
    **Malvern  PA 19355 0701**


Dated:   12/23/2014

    By: /s/ GILBERT B. WEISMAN
    _____
    Gilbert B Weisman, Esquire, PA59872
    Becket & Lee LLP, Attorneys/Agent for Creditor
    POB 3001
    Malvern PA 19355-0701
    PHONE:     (610) 644-7800
    FAX:            (610) 993-8493
    EMAIL:       notices@becket-lee.com

Pet:  09/05/2014

FSB

